**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | **MDL No. 17-md-2768-IT** |
| This Document Relates To: | **SHORT FORM COMPLAINT AND JURY DEMAND** |
| JEAN HESTER, v. HOWMEDICA OSTEONICS CORP. DEFENDANTS. | |

1. Plaintiff, Jean Hester, state(s) and bring(s) this civil action in MDL No. 2768, entitled *In Re: Stryker LFIT V40 Femoral Head Products Liability Litigation*. Plaintiff(s) is/are filing this Short Form Complaint as permitted by Case Management Order #2 dated October 11, 2017 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Jean Hester, is a resident and citizen of the State of Illinois and claims damages as set forth below.

3. Venue of this case is appropriate in the United States District Court, Northern District of Illinois. Plaintiff states that but for the Order permitting directly

filing into the District of Massachusetts pursuant to Case Management Order No. 2, Plaintiff would have filed in the United States District Court, Northern District of Illinois. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

4. Plaintiff brings this action *[check the applicable designation]*:

__X____ On behalf of himself/herself;

______ In a representative capacity as the ______ of the _______ having been duly appointed as the _________ by the ______Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent. *[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

Allegations as to Implant/Explant Surgery(ies):

5. Plaintiff was implanted with an LFIT Anatomic CoCr V40 Femoral Head on his/her left hip on or about February 22, 2011, at Northwestern Memorial Hospital, 675 N. St. Clair, Chicago, IL 60632, by Dr. S. David Stuhlberg.

6. Plaintiff was implanted with the following femoral stem during the February 22, 2011 surgery:

_______ Accolade TMZF

________ Accolade II

___X____ Citation Femoral Stem

7. Plaintiff had the femoral head at issue explanted on September 14, 2015 at Rush University Medical Center, 1611 W. Harrison St., Chicago, IL 60612 by Dr. Della Valle.

**ALLEGATIONS AS TO INJURIES**

8. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X____ INJURY TO HERSELF/HIMSELF

_______ INJURY TO THE PERSON REPRESENTED

_______ WRONGFUL DEATH

_______ SURVIVORSHIP ACTION

_X_____ ECONOMIC LOSS

9. Plaintiff has suffered injuries as a result of implantation of the Device(s) at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

10. Plaintiff has suffered injuries as a result of the explantation of the Device at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

12. Plaintiff(s) could not have known that the injuries he/she suffered were as a result of a defect in the Device(s) at issue until after the date the Device was recalled from the market and the Plaintiff(s) came to learn of the recall.

13. In addition, Plaintiff could not have known that he/she was injured by excessive levels of chromium and cobalt until after the date he/she had his/her blood drawn and he/she was advised of the results of said blood-work and the fact that those blood work abnormalities were attributable to a defect in the Device(s) at issue.

**CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

14. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

___X___ COUNT I - NEGLIGENCE;

__X___ COUNT II - NEGLIGENCE PER SE;

__X____ COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;

__X____ COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;

__X____ COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;

__X___ COUNT VI - BREACH OF EXPRESS WARRANTY;

__X____ COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;

___X___ COUNT VIII - BREACH OF IMPLIED WARRANTIES;

______ COUNT IX - VIOLATION OF MASSACHUSETTS CONSUMER PROTECTION ACT

___X___ COUNT X – VIOLATION OF CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW;

__X____ COUNT XI - NEGLIGENT MISREPRESENTATION

______ COUNT XII - LOSS OF CONSORTIUM

__X____ COUNT XIII – UNJUST ENRICHMENT

______ COUNT XIV – WRONGFUL DEATH

______ COUNT XV- PUNITIVE DAMAGES

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;
2. For all applicable statutory damages of the state whose laws will govern this action;
3. For an award of attorneys' fees and costs;
4. For prejudgment interest and costs of suit;
5. For restitution and disgorgement of profits; and,

6. For such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

Date: _10/13/2017______________ Respectfully submitted,

By: /s/ Jennifer L. Ashley___________
One of the Attorneys for Plaintiffs

Jennifer L. Ashley (IL ARDC No. 6269348)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
218 North Martin Luther King Ave.
Waukegan, Illinois 60085
Phone: (847) 249-1227 | Facsimile: (847) 249-0138
jashley@salvilaw.com