UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>    All Cases<br><br>DOUGLAS BRINK AND JEANNE BRINK<br><br>PLAINTIFFS,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP.<br><br>DEFENDANTS. | MDL No. 17-md-2768-IT<br><br>**SHORT FORM**<br><br>**COMPLAINT AND JURY DEMAND**<br><br>This Document Relates To:<br>Civil Case No. 1:17-cv-10931-IT |

1. Plaintiffs, Douglas and Jeanne Brink, state and bring this civil action in MDL No. 2768, entitled *In Re: Stryker LFIT V40 Femoral Head Products Liability Litigation*. Plaintiffs are filing this Short Form Complaint as permitted by Pretrial Order #2 (Document 267) dated October 11, 2017 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Douglas Brink, is a resident and citizen of the State of Vermont and claims damages as set forth below.

3. Plaintiff's Spouse, Jeanne Brink, is a resident and citizen of the State of Vermont, and claims damages as set forth below.

4. Venue of this case is appropriate in the United States District Court, District of Vermont. Plaintiff states that but for the Order permitting directly filing into the District of Massachusetts pursuant to Pretrial Order No. 2 (Document 267), Plaintiff would have filed in the United States District Court, District of Vermont. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

5. Plaintiff brings this action *[check the applicable designation]*:

   X    On behalf of himself;

_____ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of \_\_\_\_\_. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent. *[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

Allegations as to Right-Side Implant/Explant Surgery(ies):

6. Plaintiff was implanted with an LFIT Anatomic CoCr V40 Femoral Head on his right hip on or about June 14, 2012, at the Dartmouth Hitchcock Medical Center,

One Medical Center Drive, in Lebanon, New Hampshire, by Dr. Karl Koenig.

7. Plaintiff was implanted with the following femoral stem during the June 14, 2012 surgery:

__X__   Accolade TMZF

_____   Accolade II

_____   Other _____(Femoral Stem)

8. Plaintiff had the femoral head at issue explanted on September 6, 2016, at Dartmouth Hitchcock Medical Center by Dr. Wayne Moschetti.

## ALLEGATIONS AS TO INJURIES

9. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__   INJURY TO HERSELF/HIMSELF

_____   INJURY TO THE PERSON REPRESENTED

_____   WRONGFUL DEATH

_____   SURVIVORSHIP ACTION

__X__   ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

__X__   LOSS OF SERVICES

__X__   LOSS OF CONSORTIUM

10. Plaintiff has suffered injuries as a result of implantation of the Device at issue manufactured by the Defendants as shall be fully set forth in Plaintiffs' anticipated Amended Complaint, as well as in Plaintiffs' Fact Sheet and other responsive documents

provided to the Defendant and are incorporated by reference herein.

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiffs.

12. Plaintiff could not have known that the injuries he suffered were as a result of a defect in the Device at issue until after the date the Device was recalled from the market and the Plaintiff came to learn of the recall.

13. In addition, Plaintiff could not have known that he was injured by excessive levels of chromium and cobalt until after the date he had his blood drawn and he was advised of the results of said blood-work and the fact that those blood work abnormalities were attributable to a defect in the Device at issue.

**CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

14. The following claims and allegations are asserted by Plaintiffs and are herein adopted by reference:

| | |
|---|---|
| __X__ | COUNT I - NEGLIGENCE; |
| _____ | COUNT II - NEGLIGENCE PER SE; |
| __X__ | COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN; |
| __X__ | COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT; |
| __X__ | COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN; |
| __X__ | COUNT VI - BREACH OF EXPRESS WARRANTY; |
| __X__ | COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY; |

   __X__      COUNT VIII - BREACH OF IMPLIED WARRANTIES;

   _____     COUNT IX - VIOLATION OF MASSACHUSETTS CONSUMER PROTECTION ACT

   __X__      COUNT X – VIOLATION OF CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW;

   __X__      COUNT XI - NEGLIGENT MISREPRESENTATION

   __X__      COUNT XII - LOSS OF CONSORTIUM

   __X__      COUNT XIII – UNJUST ENRICHMENT

   _____     COUNT XIV – WRONGFUL DEATH

   __X__      COUNT XV- PUNITIVE DAMAGES

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For all applicable statutory damages of the state whose laws will govern this action;

3. For an award of attorneys' fees and costs;

5

4. For prejudgment interest and costs of suit;

5. For restitution and disgorgement of profits; and,

6. For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

Date: October 19, 2017                           Respectfully submitted,

/s/ Steven P. Robinson
Steven P. Robinson, Esquire
Diamond & Robinson, P.C.
P.O. Box 1460
Montpelier, VT 05601-1460
(802) 223-6166
E-mail: spr@diamond-robinson.com

/s/ Ronald A. Shems
Ronald A. Shems, Esquire
Diamond & Robinson, P.C.
P.O. Box 1460
Montpelier, VT 05601-1460
(802) 223-6166
E-mail: ras@diamond-robinson.com