# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | MDL No. 17-md-2768-IT |
| This Document Relates to:<br><br>All Cases | |

TALWANI, D.J.

The court adopts the Joint Motion for Extension in regards to proposed modifications to the Fact Sheet Implementation Order and/or Plaintiff Fact Sheet and extends the deadline to submit proposed modifications to November 6, 2017.

IT IS SO ORDERED

Date: November 2, 2017

_____
United States District Judge

584859 v1