UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 17-md-2768-IT |
| This document relates to: *The cases listed on Schedule "A" attached hereto.* | | |

**REQUEST FOR ENTRY OF ORDERS OF TOTAL DISMISSAL
WITH PREJUDICE OF CERTAIN RESOLVED MEMBER ACTIONS**

1.  On November 2, 2018, the Plaintiffs' Executive Committee and Defendant Howmedica Osteonics Corp. ("HOC") announced the execution of a private, confidential settlement agreement (the "Confidential Settlement") to resolve the claims of certain eligible claimants. [No. 889.]

2.  Plaintiffs who elected to participate in the Confidential Settlement submitted a stipulation of dismissal with prejudice. Those plaintiffs with lawsuits in this MDL who have resolved their cases in their entirety through the Confidential Settlement are identified in "**Exhibit A**" attached hereto.

3.  This court has the inherent authority to enter a dismissal with prejudice in matters pending in this MDL. *See* Amended Case Mgmt. Order No. 2 (Oct. 23, 2019) [No. 307]; Fed. R. Civ. P. 41(a).

4.  Pursuant to the terms of the Confidential Settlement, dismissal is proper at this time.

5.  Accordingly, HOC respectfully requests that the Court grant an order dismissing with prejudice the member actions identified in Exhibit A.

Dated:  November 5, 2019

                                    */s/ Kim M. Catullo*
                                    Kim M. Catullo
                                    **GIBBONS P.C.**
                                    One Gateway Center
                                    Newark, NJ 07102-5310
                                    Telephone: (973) 596-4815
                                    Facsimile: (973) 639-6280
                                    Email: kcatullo@gibbonslaw.com

                                    *Attorneys for Defendant*
                                    *Howmedica Osteonics Corp.*