## In Re: LFIT V40 Femoral Head Products Liability Litigation
## MDL No. 17-md-2768

### Joint Status Report Pursuant to Case Management Order #8

On December 3, 2020, the Court entered Case Management Order #8 ("CMO#8"), which referenced certain responsibilities of all counsel of record in open cases pending in the above referenced pending MDL. CMO#8 further required that Plaintiffs' lead counsel and counsel for Defendant confer and file a joint status report, which is hereby set forth below:

As requested by the Court, in preparation for the February 24, 2021 Case Management Conference, lead counsel have substantially reviewed all open cases in this MDL and have attempted to confer with individual plaintiffs' attorneys regarding their matters and their ongoing obligations. Counsel's efforts to confer have been successful in the majority of the cases, but there are a number of matters in which case counsel have either failed to respond or cooperate, or have failed to comply with the obligations noted in the Court's prior orders, including CMO #8.

Lead counsel and Defendant's counsel continue to attempt to engage counsel and secure the remaining Plaintiff Fact Sheet materials in preparation for the upcoming conference.

| | |
|---|---|
| */s/ Peter J. Flowers* | */s/ Kim M. Catullo* |
| Peter J. Flowers | Kim M. Catullo |
| MEYERS & FLOWERS, LLC | GIBBONS P.C. |
| 3 North Second Street, Suite 300 | One Gateway Center |
| St. Charles, IL 60174 | Newark, NJ 07102-5310 |
| Email: pjf@meyers-flowers.com | Email: kcatullo@gibbonslaw.com |
| Telephone: (630) 232-6333 | Telephone: (973) 596-4815 |
| | |
| Dated:  February 17, 2021 | Dated:  February 17, 2021 |