## Exhibit A
## Audited Expenses Advanced by Plaintiff Leadership

| FIRM | Audited Expenses |
|---|---|
| Bernheim Kelley Battista & Bliss | $15,248.11 |
| Childers, Schluter & Smith | $8,603.01 |
| DeGaris Law | $6,102.74 |
| DiCello, Levitt and Casey | $40,346.85 |
| Grant & Eisenhofer | $1,798.63 |
| Kershaw Cook & Talley | $11,971.56 |
| Osborne & Francis | $11,925.80 |
| Pope, McGlamry, Kilpatrick, Morrison & Norwood | $27,438.29 |
| Lieff, Cabraser, Heiman & Bernstein | $3,258.51 |
| Meshbesher & Spence | $32,227.16 |
| Meyers & Flowers | $86,803.88 |
| Searcy Denney Scarola Barnhart & Shipley | $83,815.88 |
| Seeger Salvas & Devine | $13,420.77 |
| Weitz & Luxenberg | $25,397.92 |
| Zimmerman Reed | $3,165.17 |
| | |
| Total Costs | $371,524.28 |