UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | |
| This Document Relates to:<br><br>All Cases | MDL No. 17-md-2768-IT |

**PROPOSED ORDER ALLOWING PLAINTIFFS' LEADERSHIP'S MOTION TO REIMBURSE COMMON BENEFIT EXPENSES**

TALWANI, D.J.

This matter, having been assigned to this Court for coordinate pretrial proceedings pursuant to the Judicial Panel on Multidistrict Litigation's April 5, 2017, Order (MDL No. 2768), and having come before the court on the request of the Plaintiffs' Leadership's Motion to reimburse common benefit expenses, orders:

1. The expenses that have been advanced by Plaintiffs' Leadership's attorneys identified in Exhibit A are approved. The QSF Administrator shall transfer the approved amounts identified in Exhibit A from the V40 Common Benefit Expense Fund to the respective identified leadership attorneys;

2. The expense that have been advanced by Plaintiffs' Leadership's pooled expense fund in the amount of $650,859.79 are approved. The QSF Administrator shall reimburse the approved amount from the V40 Common Benefit Expense Fund to Plaintiffs' Leadership's pooled fund; and

2   The QSF Administrator shall reimburse all settling plaintiffs (through his or her respective attorney) his or her pro rata share of any remaining common benefit expenses collected

and held by the QSF Administrator in the V40 Common Benefit Expense Fund that are in excess of those expenses approved by this Court as set forth in Exhibits A.

IT IS SO ORDERED

_____                                              _____
                                                                                                  Indira Talwani
                                                                                                  UNITED STATES DISTRICT JUDGE