**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

IN RE: STRYKER LFIT V40         )    **MDL No. 17-md-2768-IT**
FEMORAL HEAD PRODUCTS      )
LIABILITY LITIGATION          )
                                    )
This Document Relates To:       )
                                    )    **AMENDED SHORT FORM**
                                    )    **COMPLAINT AND**
                                    )    **JURY DEMAND-LEAVE TO**
_____)    **FILE GRANTED ON**
                                    )    **MARCH 27, 2023**
PLAINTIFFS,                )
                                    )
ALTON C. MATHIS           )
                                    )
      v.                     )
                                    )
HOWMEDICA OSTEONICS CORP.  )
                                    )
DEFENDANTS.              )
_____ )

1.     Plaintiff, <u>ALTON C. MATHIS</u>, state(s) and bring(s) this civil action in MDL No. 2768, entitled *In Re: Stryker LFIT V40 Femoral Head Products Liability Litigation*. Plaintiffs are filing this Short Form Complaint as permitted by this Court's Amended Case Management Order #2, dated October 23, 2017.

**PARTIES, JURISDICTION AND VENUE**

2.     Plaintiff, Alton C. Mathis, is a resident and citizen of the State of Georgia and claims damages as set forth below.

3.     Venue of this case is appropriate in the United States District Court,

Middle District of Georgia. Plaintiff states that but for the Order permitting directly filing into the District of Massachusetts pursuant to Pretrial Order No. 2, Plaintiff would have filed in the United States District Court, Middle District of Georgia. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

4.      Plaintiff brings this action *[check the applicable designation]*:

_X_____        On behalf of himself/herself;

_____        ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____.   A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~   *~~[Cross out if not applicable.]~~*

### **FACTUAL ALLEGATIONS**

Allegations as to **Right-Side** Implant/Explant Surgery(ies):

5.      Plaintiff was implanted with an LFIT Anatomic CoCr V40 Femoral Head on his right hip on or about 05/11/2009, at the Medical Center Navicent Health, 777 Hemlock Street, in Macon, GA, by Dr. Donald Beringer.

6.      Plaintiff was implanted with the following femoral stem during the 05/11/2009 surgery:

_X_____        Accolade TMZF

_____        Accolade II

_____        Other _____(Femoral Stem)

7.        Plaintiff did have the femoral head at issue explanted on or about 09/21/2022, at Emory University Hospital, 1364 Clifton Rd NE, in Atlanta GA, by Dr. Ajay Premkumar.

8.        ~~Plaintiff has not yet scheduled a surgery for explantation of the femoral head at issue.~~  *[Cross out if not applicable.]*

Allegations as to **Left-Side** Implant/Explant Surgery(ies):

9.        Plaintiff was implanted with a LFIT Anatomic CoCr V40 Femoral Head on his left hip on or about 02/22/2016 , at the Medical Center Navicent Health, 777 Hemlock Street, in Macon, GA, by Dr. Donald Beringer.

10.        Plaintiff was implanted with the following femoral stem during the _____ (date) surgery:

_____        Accolade TMZF

\_\_X\_\_\_\_\_        Accolade II

_____        Other _____(Femoral Stem)

11.        ~~Plaintiff will have the femoral head at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____.~~  *[Cross out if not applicable.]*

12.        Plaintiff has not yet scheduled a surgery for explantation of the femoral head at issue.

**ALLEGATIONS AS TO INJURIES**

13.    (a)   Plaintiff claims damages as a result of (check all that are applicable):

_X_____              INJURY TO HERSELF/HIMSELF

_____               INJURY TO THE PERSON REPRESENTED

_____               WRONGFUL DEATH

_____               SURVIVORSHIP ACTION

_X_____              ECONOMIC LOSS

14.    Plaintiff has suffered injuries as a result of implantation of the Device(s) at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

15.    Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

16.    Plaintiff(s) could not have known that the injuries he/she suffered were as a result of a defect in the Device(s) at issue until after the date the Device was recalled from the market and the Plaintiff(s) came to learn of the recall.

17.    In addition, Plaintiff could not have known that he/she was injured by excessive levels of chromium and cobalt until after the date he/she had his/her blood drawn and he/she was advised of the results of said blood-work and the fact that those blood work abnormalities were attributable to a defect in the Device(s) at issue.

## CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

18.    The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

4

_X_____        COUNT I - NEGLIGENCE;

_X_____        COUNT II - NEGLIGENCE PER SE;

_X_____        COUNT III - STRICT PRODUCTS LIABILITY -
               DEFECTIVE DESIGN;

_X_____        COUNT IV - STRICT PRODUCTS LIABILITY –
               MANUFACTURING DEFECT;

_X_____        COUNT V - STRICT PRODUCTS LIABILITY- FAILURE
               TO WARN;

_X_____        COUNT VI - BREACH OF EXPRESS WARRANTY;

_X_____        COUNT VII- BREACH OF WARRANTY AS TO
               MERCHANTABILITY;

_X_____        COUNT VIII - BREACH OF IMPLIED WARRANTIES;

_X_____        COUNT IX - VIOLATION OF MASSACHUSETTS
               CONSUMER PROTECTION ACT

_X_____         COUNT X – VIOLATION OF CONSUMER FRAUD
               AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES
               UNDER STATE LAW;

_X_____        COUNT XI - NEGLIGENT MISREPRESENTATION

_____         COUNT XII - LOSS OF CONSORTIUM

_X____         COUNT XIII – UNJUST ENRICHMENT

_____         COUNT XIV – WRONGFUL DEATH

_X_____        COUNT XV- PUNITIVE DAMAGES

In addition to the above, Plaintiff(s) assert the following additional causes of action

under applicable state law:

_____

5

_____

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1.   For compensatory damages requested and according to proof;

2.   For all applicable statutory damages of the state whose laws will govern this action;

3.   For an award of attorneys' fees and costs;

4.   For prejudgment interest and costs of suit;

5.   For restitution and disgorgement of profits; and,

6.   For such other and further relief as this Court may deem just and proper.

## **JURY DEMAND**

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

Date: March 24, 2023                    Respectfully submitted,

CHILDERS, SCHLUETER & SMITH, LLC

**/s/: Richard R. Schlueter**
Richard R. Schlueter, Esq.
Georgia State Bar: 629420
rschlueter@cssfirm.com
1932 North Druid Hills Road, Suite 100
Atlanta, GA 30319
(404) 419-9500 – telephone

(404) 419-9501 – facsimile

***Counsel for Plaintiff***

7

2

## <u>CERTIFICATE OF SERVICE</u>

The hereby certify that on March 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to theCM/ECF participants registered to receive service in this MDL.

<u>/s/ Richard R. Schlueter</u>
Richard R. Schlueter
